UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO LUO HUANG,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ALBARRAN, et al.,<br><br>　　　　　Respondents. | Case No. 1:25-cv-01308-JLT-EPG (HC)<br><br>ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 1) |

On October 3, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order. (Docs. 1, 2.) On October 23, 2025, the Court denied the motion for TRO and referred the matter to the assigned magistrate judge. (Doc. 11.) That same day, the assigned magistrate judge ordered Respondents to file a response to the petition within sixty days. (Doc. 12.) On November 11, 2025, Petitioner filed a motion for reconsideration of the Court's order denying the motion for TRO. (Doc. 14.) On December 15, 2025, the Court "reconsider[ed] its framing of the applicable legal standard" and ordered Respondents to "show cause why [Petitioner] should not be granted some form of immediate relief." (Doc. 20 at 1, 5.) On December 19, 2025, Respondents filed an answer and a response to the Court's order to show cause. (Docs. 21, 22.) On January 16, 2026, Petitioner filed a reply to Respondents' response to the Court's order to show cause. (Doc. 25.) On January 26, 2026, the Court granted Petitioner's motion for reconsideration, ordered Respondents to immediately release Petitioner, and enjoined

Respondents "from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or Respondents demonstrate by clear and convincing at a pre-deprivation bond hearing before a neutral decisionmaker that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified." (Doc. 26 at 16.) On February 3, 2026, the Court issued an amended order clarifying that the Court granted Petitioner's motion for preliminary injunction. (Doc. 29.)

The Court referred the matter to the assigned magistrate judge for consideration of the merits of the petition. (Doc. 29 at 17.) However, given that Respondents filed their answer simultaneously with their response to the Court's order to show cause, and no traverse has been filed, the undersigned hereby withdraws that reference in the interest of justice and to promote judicial efficiency.

For the reasons set forth in the Court's amended order granting motion for reconsideration of the order denying request for preliminary injunction, (Doc. 29), the Court **ORDERS**:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **February 25, 2026**

UNITED STATES DISTRICT JUDGE